# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**RENTRAK CORPORATION**                                                                **PLAINTIFF**

**v.**                                           **3:11CV00067-BRW**

**FLICKERS, LP;**
**FLICKERS II, LP;**
**FLICKERS III, LP;**
**FLICKERS V, LLC;**
**KJS WEST MEMPHIS, LLC;**
**BBV HOLDINGS, LLC, as Guarantor;**
**BBV-GP, INC., as Guarantor;**
**NEW ENGLAND VIDEO, LTD;**
**NEW YORK VIDEOS, LTD;**
**and**
**BBV-GP II, INC., as Guarantor**                                                        **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion for Default Judgment (Doc. No. 5).  The Clerk has entered

a default against Defendants under Fed. R. Civ. P. 55(a) based on Defendants' failure to answer

or otherwise respond to the complaint.[1]  Plaintiff now asks for a default judgment in the amount

of $229,185.44, plus pre- and post-judgment interest, based on the affidavit of its Director of

Credit and Legal Services.[2]  This affidavit, however, fails to set out how the alleged damages

were calculated.[3]

---

[1]Doc. No. 4.

[2]Doc. No. 5-1, Exhibit E.

[3]*Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp., Div. of Ace Young
Inc.*, 109 F.3d 105, 111 (2d Cir.1997) ("While the District Court may not have been obligated to
hold an evidentiary hearing, it could not just accept Transatlantic's statement of the damages.").

2

Accordingly, the Motion for Default Judgment is DENIED without prejudice.  When it refiles its motion, Plaintiff is directed to explain, in plenary detail, how it arrived at the amounts it is requesting in damages.

IT IS SO ORDERED this 7th day of June, 2011.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE