IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RENTRAK CORPORATION**                                                                                    **PLAINTIFF**

**v.**                                            **3:11CV00067-BRW**

**FLICKERS, LP,** *et al.*                                                                                   **DEFENDANTS**

### ORDER

Pending is Plaintiff's Motion for Attorneys' Fees (Doc. No. 9).  In Arkansas, an agreement for the payment of attorneys' fees is enforceable.[1]  In this case, the parties agreed that the prevailing party in a breach of contract action is entitled to reasonable attorney fees and costs.[2]  Based on the evidence presented,[3] I find that the services performed by Plaintiff's attorneys were reasonable and necessary to the litigation of this case, that the rates charged were reasonable, and that the amount sought for attorneys' fees is reasonable.

Accordingly, the Motion is GRANTED, and Plaintiff is awarded $15,853.36 in attorneys' fees from Defendants Flickers, LP; Flickers II, LP; Flickers III, LP; Flickers V, LLC; KJS West Memphis, LLC; BBV Holdings, LLC; BBV-GP, Inc.; BBV-GP II, Inc.; New York Videos, Ltd.; and New England Video, Ltd.

IT IS SO ORDERED this 3rd day of August, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *C.R. Anthony Co. v. Wal-Mart Properties, Inc.*, 54 F.3d 514, 521 (8th Cir. 1995) (citing *Griffin v. First Nat'l Bank of Crossett*, 318 Ark. 848 (1994)).

[2] Doc. No. 1-1, at § 9.5 and Guaranties.

[3] *See* Affidavit of Michael N. Shannon (Doc. No. 9-2).